# United States District Court
# For The Western District of North Carolina
# Asheville Division

HELMAR CHRISTOPHER OLSON,,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                      1:11cv160

BOBBY TAYLOR, et al.,,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 05/24/2012 Order.

                                               FRANK G. JOHNS, CLERK
                                               Signed: May 24, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court